|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 22-0012 HSG |
| Plaintiff, | ) ) | **FINAL ORDER OF FORFEITURE** |
| v. | ) ) |   |
| RYAN MICHAEL KANNETT, | ) ) |   |
| Defendant. | ) ) |   |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On March 24, 2022, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Ryan Michael Kannett, pursuant to Title 18, United States Code, Section 2253(a) and Title 28, United States Code, Section 2461(c):

- Samsung SM-S260DL (S/N: R28M4DMNRDJ);
- Alcatel cellular telephone Model 5085C;
- LG cellular telephone Model LM-X210APM (S/N: 909VTBB621085);
- LG cellular telephone Model LGL158VL (S/N: 805VTMU0479387);
- Amazon Tablet Model M8S266;
- Four Micro SD cards with SD cards adapters; and
- Box for T-Mobile Samsung Galaxy J2 (Samsung S260DL).

FINAL ORDER OF FORFEITURE CR 22-0012 HSG       1

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant Title 18, United States Code, Section 2253(a), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 14 day of July 2022.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

FINAL ORDER OF FORFEITURE CR 22-0012
HSG                                                         2